| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____ Chapter **7** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1. Debtor's name**  Skipper Enterprise, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA  Twisted Cork Grille

**3. Debtor's federal Employer Identification Number** (EIN)  81-4340614

**4. Debtor's address**

**Principal place of business**
2918 Saratoga Drive
Winchester, VA 22601
Number, Street, City, State & ZIP Code

Winchester City
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
9110 Devlin Road, Building 3, Unit 160 Bristow, VA 20136
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.twistedcorkgrille.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Skipper Enterprise, LLC**                                              Case number (*if known*)
           Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Skipper Enterprise, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**
　Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.　Insurance agency
　　　　　Contact name
　　　　　Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**　*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Skipper Enterprise, LLC**  Case number (*if known*) 
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2017**
                MM / DD / YYYY

**X** **/s/ Nancy Skipper**                         **Nancy Skipper**
Signature of authorized representative of debtor     Printed name

Title   **Member/Owner**

**18. Signature of attorney**

**X** **/s/ Beth C. Driver for Hoover Penrod, PLC**    Date **July 18, 2017**
Signature of attorney for debtor                    MM / DD / YYYY

**Beth C. Driver for Hoover Penrod, PLC**
Printed name

**Hoover Penrod, PLC**
Firm name

**342 South Main Street**
**Harrisonburg, VA 22801**
Number, Street, City, State & ZIP Code

Contact phone  **5404332444**    Email address  **hhutman@hooverpenrod.com or bdriver@hooverpenrod.com**

**83838**
Bar number and State

**United States Bankruptcy Court**
**Western District of Virginia**

In re  **Skipper Enterprise, LLC**                                     Case No.
                         Debtor(s)                                     Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 18, 2017**                **/s/ Nancy Skipper**
                                        **Nancy Skipper**/**Member/Owner**
                                        Signer/Title

Skipper Enterprise, LLC -

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998-1535

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

BC PLAZA LLC
9050 DEVLIN ROAD
BRISTOW, VA 20136

BC PLAZA LLC
C/O HEATHER STEELE, ESQ
12701 MARBLESTONE DRIVE, STE 350
WOODBRIDGE, VA 22192

BRISTOW COMMONS OWNERS ASSOCIATION
9050 DEVLIN ROAD
BRISTOW, VA 20136

BROWN & JOSEPH
PO BOX 59838
SCHAUMBURG, IL 60159-0838

CAPITAL ONE
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY, UT 84130

CHASE BANK USA, NA
PO BOX 15298
WILMINGTON, DE 19850

COMCAST
ONE COMCAST CENTER
PHILADELPHIA, PA 19103-2838

DISCOVER FINANCIAL
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY, OH 43054

Skipper Enterprise, LLC -

ECOLAB
PO BOX 32027
NEW YORK, NY 10087-2027

ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

EMR COMPANY
9100 YELLOW BRICK RD
SUITE H
ROSEDALE, MD 21237

ERIE INSURANCE GROUP
100 ERIE INSURANCE PLACE
ERIE, PA 16530

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

KEANY PRODUCE
3310 75TH AVE
LANDOVER, MD 20785

MECHANICS BANK
PO BOX 6335
FARGO, ND 58125-6335

NO DOUBT ACCOUNTING
126-A WEST 5TH ST
FRONT ROYAL, VA 22630

NOVEC
PO BOX 2710
MANASSAS, VA 20108-0875

ROBERTS OXYGEN
15830 REDLAND RD
PO BOX 5507
DERWOOD, MD 20855

STATE FARM VISA
PO BOX 87
DEPOSIT, NY 13754-0087

Skipper Enterprise, LLC -

SYSCO VIRGINIA
PO BOX 20020
HARRISONBURG, VA 22801-7520

THE HARTFORD FINANCIAL SERVICES GRP
ONE HARTFORD PLAZA
HARTFORD, CT 06155

US FOODS
PO BOX 75368
BALTIMORE, MD 21275

VIRGINIA DEPARTMENT OF TAXATION
TAXING AUTHORITY CONSULTING SVCS PC
PO BOX 2156
RICHMOND, VA 23218

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF COMPLIANCE
PO BOX 27407
RICHMOND, VA 23261-7407

VIRGINIA EMPLOYMENT COMISSION
P.O. BOX 1358
RICHMOND, VA 23218